**Albert E. ANDERSON, Appellant, v. STEEL STRUCTURES, Inc., a corporation.**

No. 14349.

United States Court of Appeals
Eighth Circuit.

June 27, 1951.

Vincent Johnson, Minneapolis, Minn., for appellant.

Lloyd P. Johnson, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs, and without prejudice, on dismissal filed by appellant.

**Barney Leonard LOFTON, Jr., Appellant, v. UNITED STATES of America, Appellee.**

No. 11337.

United States Court of Appeals
Sixth Circuit.

June 13, 1951.

Grover N. McCormick, Memphis, Tenn., for appellant.

John Brown, Memphis, Tenn., Edward N. Vaden, Memphis, Tenn., for appellee.

Before SIMONS, ALLEN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard upon the record and briefs and oral argument of counsel.

And it appearing that appellant was convicted under four counts of an indictment charging him and others with conspiracy to violate the internal revenue laws of the United States with reference to the manufacture, possession, and disposition of liquor, and with violation of § 2810, § 2833, and § 2834, respectively, 26 U.S.C.;

And it appearing that the questions presented are questions of fact;

And it appearing that while testimony as to the existence and carrying out of the alleged conspiracy and as to the substantive violations of the internal revenue laws of the United States charged in the indictment was given by various accomplices of appellant, the jury was properly cautioned against placing too much reliance upon such testimony; and the evidence presented was corroborated on material points; Cf. Gordon v. United States, 6 Cir., 164 F.2d 855, 859, certiorari denied, 333 U. S. 862, 68 S.Ct. 741, 92 L.Ed. 1141.

And it appearing that no special requests to charge were presented to the court and that no exception to the charge was taken;

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. OELWEIN CHEMICAL CO., Inc.**

No. 14376.

United States Court of Appeals
Eighth Circuit.

June 5, 1951.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Asst. General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

M. M. Cooney, Dubuque, Iowa, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and petition for enforcement.